IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00374-EWN-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DONALD LESTER,

        Defendant.

**ORDER CONTINUING SUPERVISED RELEASE
AND MODIFYING THE CONDITIONS OF SUPERVISED RELEASE**

     THIS MATTER is before the Court on report of the probation officer following a supervised release violation hearing. The defendant admits to violating supervised release as alleged in Counts Two and Three of the Probation Officer's petition and the Court finds that the defendant has violated the terms and conditions of supervision. Accordingly, it is

     ORDERED that the defendant shall be continued on supervised release and that the terms and conditions of supervision be modified as follows:

     The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment. The defendant shall reside in a Residential Re-Entry Center (RRC) for a period of up to 180 days, to commence at the direction of the probation officer, and shall observe the rules of that facility. It is

     FURTHER ORDERED that all previously imposed conditions shall remain in full force and effect.

     DATED at Denver, Colorado, this 23rd day of January, 2007.

                                BY THE COURT:

                                <u>s/ Edward W. Nottingham</u>

EDWARD W. NOTTINGHAM
United States District Judge